UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:26-cv-01226-ODW-MBK | | Date | March 24, 2026 |
|---|---|---|---|---|
| Title | Raul Hernando Hernandez Bueno v. Kristi Noem, et al. | | | |

| Present: The Honorable | Michael B. Kaufman, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED AS UNOPPOSED AND FOR FAILURE TO COMPLY WITH COURT ORDERS

Petitioner Raul Hernando Hernandez Bueno filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on March 11, 2026. Dkt. 1. This Court issued an Order Requiring a Response to the Petition on March 17, 2026. Dkt. 4. That Order set forth a briefing schedule, requiring Respondents to respond to the Petition by March 23, 2026, and for Petitioner to file an optional reply by March 24, 2026. *Id.* at 2. The Court set a hearing for March 25, 2026, at 10:00 a.m, which it subsequently continued to 1 p.m. on the same date. *Id.* at 3; Dkt. 6.

Respondents did not file a response to the Petition by March 23, 2026. Respondents are therefore **ORDERED** to show cause why the Petition should not be granted as unopposed. Respondents' response to this OSC is due on **March 24, 2026**. Respondents may respond either by (1) stating that they do not oppose the Petition or (2) filing a response to the Petition in accordance with the procedures set forth in this Court's Order (Dkt. 4).

**The hearing set for March 25, 2026, at 1 p.m. remains on calendar**. The Court will determine whether the hearing and any further briefing is necessary (including a response or reply brief by Petitioner) after reviewing Respondents' response to the OSC.

**IT IS SO ORDERED.**

CC: Daniel Beck (Daniel.Beck@usdoj.gov)