# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HERNANDO HERNANDEZ BUENO, <br><br>         Petitioner, <br><br>      v. <br><br> KRISTI NOEM, ET AL., <br><br>         Respondents. | Case No. 5:26-cv-01226-ODW-MBK <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

IT IS ORDERED that: (1) Judgment be entered granting the petition for writ of habeas corpus; (2) a writ of habeas corpus is to be issued requiring Petitioner's immediate release; and (3) the action is dismissed with prejudice.

Dated: _March 26, 2026                 _____

HON. OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE