JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

RAUL HERNANDO
HERNANDEZ BUENO,

               Petitioner,

      v.

KRISTI NOEM, ET AL.,

               Respondents.

Case No. 5:26-cv-01226-ODW-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.



Dated: _March 26, 2026

_____
HON. OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE